# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Robin White, et al.,
    Plaintiffs,

    vs                      Case No. 1:01-cv-356

Metabolife International, Inc.,
    Defendant

## ORDER

The above captioned case was closed on July 15, 2003. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Doc. 64 and the Attachment to Doc. 41) be returned to the custody of the filing party.


March 17, 2004                      s/Sandra S. Beckwith
Date                                 Sandra S. Beckwith
                                       United States District Judge